

✗ FILED ____ LODGED
____ RECEIVED ____ COPY

AUG 0 5 2004

CLERK U/S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| J & G SALES, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | CIV 03-2263 PCT PGR |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| EDGAR DOMENECH, ACTING DIRECTOR, BUREAU OF ALCOHOL TOBACCO, FIREARMS AND EXPLOSIVES, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

____    **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.


    IT IS THEREFORE ORDERED AND ADJUDGED granting in part and denying in part Defendant's Motion for Summary Judgment. Judgment is entered in favor of Defendant with respect to Counts 2-6 of Plaintiff's Complaint.



Judgment is entered in favor of Plaintiff with respect to Count 1 of Plaintiff's Complaint that the demand letter is an unlawful request for its FFL records outside the scope of BATFE's statutory authority. IT IS FURTHER ORDERED that dft is enjoined from seeking to enforce its August 4, 2003 demand letter issued to Plaintiff.

Date: August 5, 2004

RICHARD H. WEARE
Clerk/DCE

_____
(By) Deputy Clerk
L. Dixon

cc: all counsel