UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

## RECORD TRANSMITTAL FORM

DATE:     8/10/06

To:     United States Court of Appeals          ATTN:     RECORDS
        For the Ninth Circuit
        Office of the Clerk                      (✔)   Check here if record
        95 Seventh Street                              is being sent directly
        San Francisco,   CA 94103                      to a Judge

FROM:     Clerk, USDC, District of Arizona - Phoenix
          Suite 130, 401 W.Washington St.,SPC 1        Sent by:     DMT
          Phoenix, AZ 85003-2118

DC No.  **CV 03-2263-PCT-PGR**          APPEAL No.   04-16976

Short Title:          J&G SALES LTD  V.  TRUSCOTT, et al

## COMPOSITION OF RECORD

Clerk's Files: in 1   Volume          (✔)  Original          (  )  Copy

Bulky
Documents:     _____   Volumes
                    Dkt # _  In _____ Expando
Reporter's
Transcripts:  in __  Volumes                    ( )   Original  (   )  Certified Copy

                Dkt # _  In_____ Expandos

Exhibits:     in _____   Envelopes          (   ) Under Seal

              in _____   Boxes              (   ) Under Seal

Other: _____

_____
(Please note any documents filed under seal)

Acknowledgment: _____     Date: _____